**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

DEFENDING EDUCATION,

      *Plaintiff*,

  v.

RICHARD B. WILLIAMS, *et al.*,

      *Defendants.*

Case No. 6:26-cv-03237

**CORPORATE DISCLOSURE STATEMENT**

   Plaintiff Defending Education has no parent company and no subsidiaries or affiliates.

No publicly held corporation owns 10% or more of Plaintiff's stock

Dated: April 21, 2026

Respectfully submitted,

/s/ *Edward D. Greim*
Edward D. Greim (MO 54034)
Sarah R. Pineau (MO 74483)
Michael Scott (MO 74361)
GRAVES GARRETT GREIM LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tel.: (816) 256-3181
Fax: (816) 222-0534
edgreim@gravesgarrett.com
spineau@gravesgarrett.com
mscott@gravesgarrett.com

*Counsel for Plaintiff*

/s/ *J. Michael Connolly*
J. Michael Connolly *
Cameron T. Norris *
Paul R. Draper *
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com
cam@consovoymccarthy.com
paul@consovoymccarthy.com

\* *pro hac vice applications forthcoming*